IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

*In re:*                                                                       CASE NO. 20-40061-KKS
                                                                               CHAPTER 7

TAMMY L. WADDELL,

    Debtors.
_____/

**ORDER GRANTING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DE 16)**

**THIS CASE** came for consideration on negative notice on the Motion for Relief from the Automatic Stay (DE 16) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CABANA SERIES III TRUST on April 28, 2020. No response having been filed in accordance with Local Rule 2002-2, it is

    **ORDERED:**

    1.    The automatic stay arising by reason of 11 U.S.C. 362 is lifted as to Movant, and Movant may complete the action in state court for the foreclosure of its mortgage, including post sale and eviction actions, and short sale or deed in lieu, against the real property legally described as to Movant's interest in the property located 9325 Buck Haven Trail, Tallahassee, FL 32312, and legally described as:

> LOT 33, BLOCK "AW" OF KILLEARN LAKES UNIT 3, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 6, PAGE 42, OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA.

    2.    The relief granted permits Movant to pursue in rem actions against the property, and not an in personam judgment against the Debtor.

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

DONE AND ORDERED on    May 27, 2020                    .

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Attorney Matthew Klein, Esq. is directed to serve a copy of this order pursuant to the applicable Rules and file a proof of service within 3 days of entry of the order.

Order Prepared by Matthew Klein, Esq.